UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANINDER SINGH,

                Plaintiff,

v.

KRISTI NOEM, Secretary of the Department of Homeland Security, *et al.*,

                Defendants.

No. 25 Civ. 2329 (DEH)

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

WHEREAS, plaintiff Maninder Singh filed this action on March 20, 2025, challenging a decision by U.S. Citizenship and Immigration Services ("USCIS") denying his a Notice of Appeal or Motion ("Form I-290B"); and

WHEREAS, USCIS has approved Form I-290B, reopened the underlying Petition for Amerasian, Widow(er), or Special Immigrant (Form I-360); and issued a Notice of Intent to Deny; now, therefore,

IT IS STIPULATED AND AGREED, by and between the parties, that this action is hereby dismissed without prejudice and without costs or fees to any party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York    July 28, 2025

THE LAW OFFICE OF GENET GETACHEW

By: *Gnet Getachew*
GENET GETACHEW, ESQ.
26 Court Street, Suite 1212
Brooklyn, New York 11242
Telephone: (718) 694-9434
E-mail: getach7634@aol.com
*Attorney for Plaintiff*

Dated: New York, New York
July 28, 2025

JAY CLAYTON
United States Attorney

By: *Leslie A. Ramirez-Fisher*
LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-0378
E-mail: leslie.ramirez-fisher@usdoj.gov
*Attorney for Defendants*

SO ORDERED.

_____
HON. DALE E. HO
UNITED STATES DISTRICT JUDGE

Dated: July 31, 2025
New York, New York